**From:** Carson Smithfield, LLC <Service@carsonsmithfield.com>
**To:** NIKKEA5 <NIKKEA5@AOL.COM>
**Subject:** We want to hear from you
**Date:** Thu, Feb 25, 2021 3:46 PM



Carson Smithfield

02/25/2021

**Account Number:** ▮4386
**Balance Due:** $1602.83
**Current Creditor:** MERRICK BANK CORPORATION
**Original Creditor:** MERRICK BANK CORPORATION
**Original Account Number:** ▮4386

**Dear Nikkea A Rhoden:**

We have a number of options to help you get the above-referenced account paid or settled. To review your account online and make payment arrangements, please visit our website, www.CSFSolutions.com, or contact our office, toll free, at 1-844-766-2900. The hours of operation are Monday – Friday, 8:00 AM to 9:00 PM ET and Saturday, 8:00 AM to 4:30 PM ET.

Sincerely,


Carson Smithfield, LLC
225 West Station Square Drive, 4th Floor
Pittsburgh, PA 15219
www.CSFSolutions.com



Carson Smithfield

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

This email was sent to : NIKKEA5@AOL.COM

This email was sent from a notification only address that cannot accept incoming emails. Please do not reply to this message.

You are receiving this email as part of your existing relationship with us. If you would like to stop receiving emails please contact us at 1-844-766-2900 during the hours listed above.

The information contained in this message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately, and delete the original message.

Inv1